STATE OF FLORIDA, ex rel., MARY LEE CORK, v. ROLAND R. KELLEY, Chief of Police of the City of Fort Lauderdale.

32 So. (2nd) 464                                          June Term, 1947
October 28, 1947                                              En Banc
Rehearing denied November 24, 1947

Affirmed.

STATE OF FLORIDA, ex rel., WILLIAM LEWIS v. ROLAND R. KELLEY, Chief of Police of the City of Fort Lauderdale.

32 So. (2nd) 464                                          June Term, 1947
October 28, 1947                                              En Banc
Rehearing denied November 24, 1947

Affirmed.

RED WING PETROLEUM CARRIERS, LIMITED, a partnership, composed of CHARLIE MENDEZ, General Partner, A. MENDEZ, WILLIE MENDEZ, TONY MENDEZ, P. A. TARNOW, F. D. BURNHAM, and F. J. HERMAN, as Limited Partners, v. AVERY OWENS GLOVER.

  AND

RED WING PETROLEUM CARRIERS, LTD., a Limited Partnership, and CHARLIE MENDEZ, a General Partner of said Limited Partnership, v. GLORIA LOUISE GLOVER, an infant by her next friend, AVERY OWENS GLOVER.

32 So. (2nd) 464                                          June Term, 1947
October 31, 1947                                            Division B

Affirmed.

ANNE ELIZABETH MYERS, a widow, (sometimes and otherwise known as ANNE E. MYERS, individually and as the Residuary Devisee and as the Executrix of the last Will and Testament of A. J. Myers, deceased, v. THOMAS S. FERGUSON.

32 So. (2nd) 432                                          June Term, 1947
November 4, 1947                                              En Banc
Rehearing denied November 26, 1947.

Affirmed.

### CECIL E. STEWART v. STATE OF FLORIDA

32 So. (2nd) 464                                          June Term, 1947
November 4, 1947                                            Division B

Affirmed.

### ANGELA STEVENSON MORGAN v. LEWIS McCOMB HERZOG

32 So. (2nd) 464                                          June Term, 1947
November 4, 1947                                      Special Division B

Affirmed.